[No. 30546-5-III.   Division Three.   February 6, 2014.]

THELMA KLOSTER ET AL., *Appellants*, v. SCHENECTADY ROBERTS
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 05-2-00108-4, Brian P. Altman, J., entered December 20, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Kulik, J. Pro Tem.

[No. 30850-2-III.   Division Three.   February 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JAMES
MIDDLEWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 10-1-00287-9, Donald W. Schacht, J., entered May 8, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, C.J., concurred in by Siddoway, J., and Kulik, J. Pro Tem.

[No. 31606-8-III.   Division Three.   February 6, 2014.]

*In the Matter of Postsentence Review of* GABRIELA ARAGON
BARRAZA.

Appeal from a judgment of the Superior Court for Franklin County, No. 12-1-50594-1, Vic L. VanderSchoor, J., entered January 22, 2013. *Remanded* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 68634-8-I.   Division One.   February 10, 2014.]

TERRIE LEWARK, *as Assignee, Appellant*, v. DAVIS DOOR
SERVICES, INC., *Defendant*, AMERICAN STATES
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-36446-3, Mariane C. Spearman, J., entered March 9, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ. Now published at 180 Wn. App. 239.